```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**STATE OF NEW JERSEY et al.,**          20cv1425 (JGK)

        Plaintiffs,          <u>ORDER</u>

    - against -

**ANDREW WHEELER et al.,**

        Defendants.

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiffs may file a motion for summary judgment by May 15, 2020 without a conference. The defendants' response is due by May 29, 2020. Any reply is due June 8, 2020.

**SO ORDERED.**

**Dated:**  New York, New York
       May 6, 2020            /s/ John G. Koeltl_____
                                  John G. Koeltl
                          United States District Judge