```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────
**STATE OF NEW JERSEY et al.,**

                Plaintiffs,        20-cv-1425 (JGK)

    - against -                  <u>ORDER</u>

**ANDREW WHEELER et al.,**

                Defendants.
─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The briefing schedule entered on May 6, 2020 (Dkt. No. 28) is vacated. The plaintiffs' motion for summary judgment is due May 15, 2020. The Government's opposition and motion to dismiss or transfer is due June 5, 2020. The plaintiffs' reply and response is due June 19, 2020. The Government's reply is due June 26, 2020.

**SO ORDERED.**
Dated:   New York, New York
          May 13, 2020

                                    <u>/s/ John G. Koeltl</u>
                                        John G. Koeltl
                             United States District Judge