**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

STATE OF NEW JERSEY, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF NEW YORK, COMMONWEALTH OF MASSACHUSETTS, CITY OF NEW YORK,

                  Plaintiffs,

            v.

ANDREW R. WHEELER, *Administrator of the United States Environmental Protection Agency*, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

                  Defendants.

No. 20 Civ. 1425 (JGK)

---

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment, Defendants' Response and Counter-Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1(b), the Declaration of Anne Idsal, the Declaration of Lucas Issacharoff, and the attached exhibits thereto, Defendants Andrew Wheeler and the United States Environmental Protection Agency, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment to Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: June 5, 2020
      New York, New York

                                                  Respectfully Submitted,

                                                  GEOFFREY S. BERMAN
                                                  United States Attorney of the
                                                  Southern District of New York

                                    By:   /s/ *Lucas Issacharoff*
                                                  LUCAS ESTLUND ISSACHAROFF
                                                  Assistant United States Attorney
                                                  86 Chambers Street, Third Floor
                                                  New York, New York 10007
                                                  Tel.: (212) 637-2737
                                                  Fax: (212) 637-2702
                                                  E-mail: lucas.issacharoff@usdoj.gov