# ATTACHMENT 1

**Att. 1, tab "CSAPR Update Remand rulemaking schedule:**
**Rulemaking #1"**

| Month: | March | | | | | April | | | | May | | | | June | | | | | July | | | | August | | | | | September | | | | October | | | | November | | | | December | | | | 2021 | January | | | | February | | | | March | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week: | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 5 |
| Issue scoping and project definition | * | * | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AQ modeling to identify receptors and linked upwind states for 2021 ozone season | | | * | * | * | * | * | * | * | * | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Establish remedy for 2021 ozone season | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Evaluate NOx reductions and cost from applicable sources* | | | | | | | * | * | * | * | * | * | * | * | * | * | * | * | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Construct Air Quality Assessment Tool* | | | | | | | | | | | | | | | | | | | * | * | * | * | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Evaluate the multi-factor test to establish remedy for 2021 ozone season* | | | | | | | | | | | | | | | | | | | | | | | * | * | * | * | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Translate NOx reduction potential into emission limits* | | | | | | | | | | | | | | | | | | | * | * | * | * | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPA procedures for rule development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Develop briefings, Preamble, Reg text, and RIA* | | | | | | | | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Agency review* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | * | * | * | * | * | * | | | | | | | | | | | | | | | | | | | | | | |
| *Interagency review* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | * | * | * | | | | | | | | | | | | | | | | | | | | | |
| Signature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | | | | | | | | | | | | | | | | | | | | | |
| FR publication, comment period opens | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | * | | | | | | | | | | | | | | | | | | | |
| Comment period closes (45 days) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | | | | | | | | | | | | | | | | |
| Review comments | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | * | | | | | | | | | | | | | | | |
| Establish remedy for 2021 ozone season | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | * | * | * | * | * | | * | * | | | | | | | | | |
| EPA procedures for rule development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Develop briefings, Preamble, Reg text, RIA and Response to Comments* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | * | | * | * | * | * | | | | | | | | |
| *Agency Review* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | * | * | * | * | * | * | * |
| *Interagency review* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | * | * | * |
| Signature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * |

**Att. 1, tab "CSAPR Update Remand rulemaking schedule:**
**Rulemaking #2"**

| Month (note this assumes no SNPRM; if SNPRM, shift months for row 28 and following by 10 months; e.g., September 2021 becomes June 2022): | October | November | December | 2021 | January | February | March | April | May | June | July | August | September 2021 / June 2022 | October 2021 / July 2022 | November 2021 / August 2022 | December 2021 / September 2022 | 2022 | January 2022 / October 2022 | February 2022 / November 2022 | March 2022 / December 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week: | 1 2 3 4 | 1 2 3 4 5 | 1 2 3 4 | | 1 2 3 4 | 1 2 3 4 | 1 2 3 4 5 | 1 2 3 4 | 1 2 3 4 5 | 1 2 3 4 | 1 2 3 4 | 1 2 3 4 5 | 1 2 3 4 | 1 2 3 4 | 1 2 3 4 5 | 1 2 3 4 | | 1 2 3 4 5 | 1 2 3 4 | 1 2 3 4 |
| Issue scoping and project definition | * * * * | * | | | | | | | | | | | | | | | | | | |
| Assessment of AQ modeling/new AQ modeling to identify receptors and linked upwind states for post-2021 ozone seasons, including state-level, sector-specific runs | | * * * * * * | * * * * | | * * * * | * * * * | * * * * * | * * * * | * * * * * | * * * * | * * * * | * * | | | | | | | | |
| Establish remedy for post-2021 ozone seasons | | | | | | | | | | | | | | | | | | | | |
| *Evaluate NOx reductions and cost from applicable sources* | | * * * * * * | | | * * * * | | | | | | | | | | | | | | | |
| *Construct Air Quality Assessment Tool* | | | * * * * | | | | | | | | | | | | | | | | | |
| *Evaluate the multi-factor test to establish remedy for post-2021 ozone seasons* | | | | | | * * * * * | | | | | | | | | | | | | | |
| *Translate NOx reduction potential into emission limits* | | | | | | * * * * * * * | | | | | | | | | | | | | | |
| EPA procedures for rule development | | | | | | | | | | | | | | | | | | | | |
| *Develop briefings, Preamble, Reg text, and RIA* | | | * * * * | | * * * * | * * * * | * * * * * | * * * * | * * * * | * | | | | | | | | | | |
| *Agency review* | | | | | | | | * * * * | * * * * * | | | | | | | | | | | |
| *Interagency review* | | | | | | | | | * * * * | * * * * | * | | | | | | | | | |
| Signature | | | | | | | | | | | * | | | | | | | | | |
| Package to FR analysts | | | | | | | | | | | * * | | | | | | | | | |
| FR publication, comment period opens | | | | | | | | | | | | * | | | | | | | | |
| Comment period closes (60 days) | | | | | | | | | | | | | | * | | | | | | |
| Review comments | | | | | | | | | | | | | | | * * * * | | | | | |
| Establish remedy for post-2021 ozone seasons | | | | | | | | | | | | | | | | * * * * * * * * * * * * | | * * * | | |
| EPA procedures for rule development | | | | | | | | | | | | | | | | | | | | |
| *Develop briefings, Preamble, Reg text, RIA and Response to Comments* | | | | | | | | | | | | | | | | * * * * | | * * * * * * * * | | |
| *Agency Review* | | | | | | | | | | | | | | | | | | | * * * * * * * | |
| *Interagency review* | | | | | | | | | | | | | | | | | | | * * * * * * * | |
| Signature | | | | | | | | | | | | | | | | | | | | * |

**Att. 1, tab "SNPRM (Under Rulemaking #2)"**

| Action Development Process (ADP) | Month: | September | | | | October | | | | November | | | | | December | | | | 2022 | January | | | | | February | | | | March | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week: | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| Comment period closes (60 days) | | | | * | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review comments | | | | * | * | * | * | | | | | | | | | | | | | | | | | | | | | | | | | |
| Establish remedy for post-2021 ozone seasons | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Evaluate NOx reductions and cost from applicable sources* | | | | | | | * | * | * | * | * | * | * | * | * | * | * | * | | | | | | | | | | | | | | |
| *Construct Air Quality Assessment Tool* | | | | | | | | | | | | | | | * | * | * | * | | | | | | | | | | | | | | |
| *Evaluate the multi-factor test to establish remedy for post-2021 ozone seasons* | | | | | | | | | | | | | | | | | * | * | | * | * | * | | | | | | | | | | |
| *Translate NOx reduction potential into emission limits* | | | | | | | | | | | | | | | | | | | | * | * | * | * | * | | | | | | | | |
| EPA procedures for rule development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Develop briefings; revise Preamble, Reg text, and RIA* | | | | | | | | | | | | | | | * | * | * | * | | * | * | * | * | * | * | * | * | | | | | |
| *Agency review* | | | | | | | | | | | | | | | | | | | | | | * | * | * | * | * | * | * | | | | |
| *Interagency review* | | | | | | | | | | | | | | | | | | | | | | | | | * | * | * | * | | | | |
| Signature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | * | | |