UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE OF NEW JERSEY et al.,

        Plaintiffs,

v.

ANDREW R. WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Defendants.

20 Civ. 1425 (JGK)

**DECLARATION OF LUCAS ISSACHAROFF**

---

1.  I, Lucas Issacharoff, under penalty of perjury, affirm and declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my own personal knowledge or on information obtained from the Public Access to Court Electronic Records (PACER) system.

2.  I am an Assistant United States Attorney at the United States Attorney's Office for the Southern District of New York.

3.  Attached as Exhibit A is a true and complete copy of the D.C. Circuit's September 16, 2019 Per Curiam Order in *New York v. EPA*, 19-1019 (Doc. 1806609).

4.  Attached as Exhibit B is a true and complete copy of Respondent EPA's September 17, 2019 Supplemental Brief & Motion Requesting Case Be Removed from Argument Calendar in *New York v. EPA*, 19-1019 (D.C. Cir.) (Doc. 1806991).

5.  Attached as Exhibit C is a true and complete copy of the September 18, 2019 Supplemental Brief of Citizen and State Petitioners in *New York v. EPA*, 19-1019 (D.C. Cir.) (Doc. 1806995).

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June, 2020.

      /s/ *Lucas Issacharoff*
Lucas Issacharoff
Assistant United States Attorney
United States Attorney's Office
Southern District of New York