# EXHIBIT A

# United States Court of Appeals

### For The District of Columbia Circuit

_____

**No. 19-1019**                                                     **September Term, 2019**

                                                                                          EPA-83FR65878

**Filed On:** September 13, 2019

State of New York, et al.,

        Petitioners

        v.

Environmental Protection Agency and
Andrew Wheeler, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

        Respondents

------------------------------

Homer City Generation, L.P., et al.,
        Intervenors

------------------------------

Consolidated with 19-1020, 19-1047

        **BEFORE:**     Rogers, Griffith, and Katsas, Circuit Judges

## O R D E R

        On the Court's own motion, it is hereby

        **ORDERED** that the parties be prepared to discuss at oral argument on September 20, 2019, the effect of <u>State of Wisconsin, et al. v. EPA</u>, Nos. 16-1406, et al. (D.C. Cir. Sept. 13, 2019), on the related issues in the instant cases, including the discussion at slip op. at 26-27.  In addition, counsel for the Environmental Protection Agency shall be prepared to discuss remedy and the likely timing for promulgation of a revised rule.  It is

        **FURTHER ORDERED** that the parties shall file supplemental briefs on the effect of <u>State of Wisconsin, et al. v. EPA</u>, not to exceed 2,600 words by 9:00 a.m. on September 18, 2019.  In addition to electronic filing, the supplemental briefs must be hand delivered to the Court by the time and date due.

<u>**Per Curiam**</u>

                                                          **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

                                     BY:     /s/
                                                         Daniel J. Reidy
                                                         Deputy Clerk