```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

**STATE OF NEW JERSEY et al.,**

              Plaintiffs,          20cv1425 (JGK)

    - against -                 <u>ORDER</u>

**ANDREW R. WHEELER et al.,**

              Defendants.

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to respond to the Court by July 20, 2020 with respect to the issues raised by the Court during argument.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **July 14, 2020**          /s/ John G. Koeltl
                                       John G. Koeltl
                              **United States District Judge**