UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW JERSEY et al.,

            Plaintiffs,          20cv1425 (JGK)

   - against -               ORDER

ANDREW WHEELER et al.,

            Defendants.

JOHN G. KOELTL, District Judge:

The parties are requested to include in their status report to the Court an explanation of what effect, if any, the decision by the D.C. Circuit Court of Appeals, State of New York v. EPA, No. 19-1231 (D.C. Cir. July 14, 2020), has on the disposition of this case.

SO ORDERED.

Dated:    New York, New York
          July 15, 2020          /s/ John G. Koeltl
                                                      John G. Koeltl
                                         United States District Judge