

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 23, 2020

BY ECF

The Honorable John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:  *New Jersey, et al. v. Wheeler, et al.,* Case No. 20 Civ. 1425 (JGK)

Dear Judge Koeltl:

    This Office represents defendants Andrew Wheeler, in his official capacity as Administrator of the United State Environmental Protection Agency ("EPA"), and EPA in the above-referenced matter.  We write respectfully on behalf of all parties to provide the Court with a status update on the parties' efforts to resolve plaintiffs' fee application through a settlement.  The current deadline for the parties to submit a joint stipulated order setting forth the amount of fees to be awarded is November 4, 2020.  *See* ECF No. 44.  The parties continue to negotiate and respectfully request a 30-day extension of all deadlines related to the fee application, set forth in the judgment entered on August 6, 2020 (ECF No. 44), to continue our discussions.

    We thank the Court for its consideration of this request.

                                  Respectfully,

                                  AUDREY STRAUSS
                                  Acting United States Attorney
                                  Southern District of New York

                         By: /s/ Lucas Issacharoff
                                  LUCAS ISSACHAROFF
                                  Assistant United States Attorney
                                  (212) 637-2737