

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 30, 2020

BY ECF

| | |
|---|---|
| The Honorable John G. Koeltl<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl Street<br>New York, New York 10007-1312 | Application granted.<br>SO ORDERED<br>                /s/ John G. Koeltl<br>December 1, 2020   John G. Koeltl<br>New York, NY        U.S.D.J. |

      Re:  *New Jersey, et al. v. Wheeler, et al.,* Case No. 20 Civ. 1425 (JGK)

Dear Judge Koeltl:

      This Office represents defendants Andrew Wheeler, in his official capacity as Administrator of the United State Environmental Protection Agency ("EPA"), and EPA in the above-referenced matter. We write respectfully on behalf of all parties to provide the Court with a status update on the parties' efforts to resolve plaintiffs' fee application through a settlement. The current deadline for the parties to submit a joint stipulated order setting forth the amount of fees to be awarded is December 4, 2020. *See* ECF No. 46. The parties continue to negotiate and respectfully request an additional 30-day extension of all deadlines related to the fee application, set forth in the judgment entered on August 6, 2020 (ECF No. 44), to continue our discussions.

      This is the parties' second request for an extension of the fee application deadline. The previous request was granted on October 26, 2020.

      We thank the Court for its consideration of this request.

                                                         Respectfully,

                                                         AUDREY STRAUSS
                                                         Acting United States Attorney
                                                         Southern District of New York

                                          By: /s/ Lucas Issacharoff
                                                LUCAS ISSACHAROFF
                                                Assistant United States Attorney
                                                (212) 637-2737