UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW JERSEY, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF NEW YORK, COMMONWEALTH OF MASSACHUSETTS, CITY OF NEW YORK,<br><br>                    Plaintiffs,<br><br>         v.<br><br>ANDREW R. WHEELER, *Administrator of the United States Environmental Protection Agency*, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>                    Defendants. | No. 20 Civ. 01425 (JGK) |

## STIPULATION AND ORDER REGARDING ATTORNEYS' FEES AND COSTS

WHEREAS, on February 19, 2020, Plaintiffs State of New Jersey, State of Connecticut, State of Delaware, State of New York, Commonwealth of Massachusetts, and City of New York (collectively, "Plaintiffs") filed the complaint in this action against defendants United States Environmental Protection Agency ("EPA") and Andrew Wheeler, Administrator ("Defendants" and, together with Plaintiffs, the "Parties");

WHEREAS, the Judgment of this Court filed August 5, 2020 (Doc. No. 44), awarded Plaintiffs their fees and costs in an amount to be determined and provided a deadline of November 3, 2020, a deadline that this Court further extended to January 18, 2021 (Doc. No. 50), for submitting a joint stipulated order setting forth the amount of fees to be awarded, or 30 days thereafter for Plaintiffs to submit a fee application should the Parties be unable to reach an agreement on the amount of fees; and

WHEREAS, the Parties seek to resolve Plaintiffs' claim for fees and costs on the terms provided herein, to avoid unnecessary and expensive litigation and without any admission of law or fact.

NOW, THEREFORE, Plaintiffs and Defendants, without any admission of fact or law, agree as follows:

1. As soon as practicable, the United States shall pay $17,340.00 to the State of Connecticut, $59,493.50 to the State of New York, and $123,166.50 to the State of New Jersey by electronic funds transfer pursuant to instructions provided by counsel for Plaintiffs. Counsel for Defendants shall notify counsel for Plaintiffs in writing when the payments have been made. Such payment, upon receipt in full, releases the United States, including Defendants, from any claims regarding fees and costs that Plaintiffs have asserted or could have asserted under any provision of law in connection with this litigation as of the date of entry of this Stipulation. Should the United States fail to make timely payment in full within 120 days of entry of this Order, the Plaintiffs may return to the Court to seek enforcement of this Order, including any additional costs or fees associated with said enforcement.

2. Any obligations of the United States to obligate or expend funds under this Order are subject to the availability of appropriated funds in accordance with the Anti-Deficiency Act, 31 U.S.C. §§ 1341-44 and 1511-19, and any other applicable provision of law. No provision of this Stipulated Order shall constitute or be construed as a commitment or requirement that the United States obligate or pay funds in contravention of said Anti-Deficiency Act or any other applicable provision of law.

3. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to consent to the entry of this Stipulation.

ON BEHALF OF DEFENDANTS EPA AND ANDREW WHEELER, ADMINISTRATOR:

Dated:  January 13, 2021				AUDREY STRAUSS
						Acting United States Attorney


					By:	 /s/ *Lucas Issacharoff*
						LUCAS ISSACHAROFF
						Assistant United States Attorney
						United States Attorney's Office
						Southern District of New York
						86 Chambers Street
						New York, New York 10007
						lucas.issacharoff@usdoj.gov
						(212) 637-2737



ON BEHALF OF PLAINTIFF STATE OF NEW YORK:


Dated: January 13, 2021				LETITIA JAMES
						ATTORNEY GENERAL OF NEW YORK


					By:	 */s/Claiborne E. Walthall*
						MORGAN A. COSTELLO
						CLAIBORNE E. WALTHALL
						Assistant Attorneys General
						Office of the New York State Attorney General
						Environmental Protection Bureau
						The Capitol
						Albany, New York 12224
						claiborne.walthall@ag.ny.gov
						(518) 776-2380

ON BEHALF OF PLAINTIFF STATE OF CONNECTICUT:

Date: January 13, 2021                    WILLIAM TONG
                                          ATTORNEY GENERAL OF CONNECTICUT

                              By:    */s/ Jill Lacedonia*
                                     JILL LACEDONIA
                                     Assistant Attorney General
                                     Office of the Attorney General
                                     165 Capitol Avenue
                                     Hartford, Connecticut 06106
                                     Jill.Lacedonia@ct.gov
                                     (860) 808-5250


ON BEHALF OF PLAINTIFF STATE OF NEW JERSEY

Date: January _13_, 2021                  GURBIR S. GREWAL
                                          ATTORNEY GENERAL OF NEW JERSEY

                              By:    /s/ Robert J. Kinney
                                     ROBERT J. KINNEY
                                     Deputy Attorney General
                                     R.J. Hughes Justice Complex
                                     25 Market Street
                                     P.O. Box 093
                                     Trenton, New Jersey 08625
                                     Robert.Kinney@law.njoag.gov
                                     (609)376-2789


SO ORDERED on this 15th day of January, 2021.


 /s/ John G. Koeltl
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE