

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 15, 2021

BY ECF

The Honorable John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:  *New Jersey, et al. v. Regan, et al.,* Case No. 20 Civ. 1425 (JGK)

Dear Judge Koeltl:

    This Office represents defendants Michael Regan,[1] in his official capacity as Administrator of the United State Environmental Protection Agency ("EPA"), and EPA in the above-referenced matter. I write to inform the Court that, in accordance with the Court's July 28, 2020 Opinion and Order (Dkt. No. 42), EPA has signed a final rule revising the Cross-State Air Pollution Rule Update, which is attached to this letter. This action, among other things, fully resolves the outstanding "interstate transport" obligations of the seven Upwind States for the 2008 ozone national ambient air quality standards, as directed in the Court's Opinion and Order. Pursuant to the Court's August 5, 2020 Judgment (Dkt. No. 44), EPA will submit the final rule no later than March 19, 2021, for publication in the Federal Register.

    I thank the Court for its consideration.

    Respectfully,

    AUDREY STRAUSS
    United States Attorney
    Southern District of New York

By: /s/ Lucas Issacharoff
    LUCAS ISSACHAROFF
    Assistant United States Attorney
    (212) 637-2737

---

[1] Administrator Michael Regan is automatically substituted as the lead defendant pursuant to Fed. R. Civ. P. 25(d).